# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) 17LAND, CLAY D. | 2. Court or Organization Georgia- Middle District | 3. Date of Report 05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address P.O. Box 2071 Columbus, GA 31902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 26 A 9:49 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| 17LAND, CLAY D. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Attorney, Self Employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 17LAND, CLAY D. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 17LAND, CLAY D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CB&T Bank (Checking) | | None | J | T | | | | | |
| 2.  CB&T (Money Market) | B | Interest | L | T | | | | | |
| 3.  CB&T (CDs) FKA CB&T (Cash Equivalents) | D | Interest | M | T | | | | | |
| 4.  Smith Barney (Money Markets) | D | Dividend | N | T | | | | | |
| 5.  Synovus Securities (Money Market) | A | Dividend | K | T | | | | | |
| 6.  Morgan Keegan (Cash) | A | Interest | J | T | | | | | |
| 7.  Rental property, Columbus, GA (2001 $121,000) | A | Rent | M | R | | | | | |
| 8.  Allianceberstein International Value Stock Mutual Fund | | None | | | Sold | 07/01 | K | A | |
| 9.  Alpha Hedged Strategies Fund | | None | J | T | Buy | 06/01 | J | | |
| 10. Alpine Intl Real Estate CL-Y | | None | J | T | Buy | 06/01 | J | | |
| 11. Amcore Bank, N.A. - IL CD | | None | K | T | Buy | 10/20 | K | | |
| 12. AXA Enterprise Mergers and Acquisition Fund | | None | | | Sold | 07/01 | J | A | |
| 13. Banco Popular De Puerto Rica CD | B | Interest | | | Matured | 03/26 | L | A | |
| 14. Bank of India - NY CD 3.350% 6 Mo. | | None | | | Buy | 03/28 | K | | |
| 15. Bank of India - NY CD 3.350% 6 Mo. | B | Interest | | | Matured | 09/26 | K | A | |
| 16. Capmark Bank - UT CD 3.500% 6 Mo. | | None | | | Buy | 03/28 | M | | |
| 17. Capmark Bank - UT CD 3.500% 6 Mo. | C | Interest | | | Matured | 09/26 | M | A | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                              P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)          U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| 17LAND, CLAY D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chesapeke Core Growth Stock Mutual Fund | | None | | | Sold | 02/14 | K | C | |
| 19. CISCO Systems Common Stock | | None | J | T | | | | | |
| 20. Citadel Broadcasting Corp | | None | J | T | | | | | |
| 21. Citibank, NA - NV *C* 2.50% CD | | None | M | T | Buy | 10/30 | M | | |
| 22. Coca-Cola, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 23. Comcast Corp Common Stock | | None | J | T | | | | | |
| 24. Compass Bank-AL CD | A | Interest | L | T | Buy (add'l) | 09/24 | K | | |
| 25. Cousins Property Inc. Common Stock | B | Dividend | J | T | | | | | |
| 26. Diamond-Hill Long-Short Fund A- Stock Mutual Fund | A | Dividend | J | T | Sold (part) | 07/01 | J | A | |
| 27. Diamond-Hill Long-Short Fund C- Stock Mutual Fund | A | Dividend | K | T | Buy (add'l) | 12/17 | J | | |
| 28. E*Trade Bank - VA CD | | None | L | T | Buy | 01/14 | K | | |
| 29. Electronic Data Sys. Corp, Common Stock | A | Dividend | | | Sold | 08/27 | J | A | |
| 30. First National Bank of Omaha CD | B | Interest | | | Matured | 04/25 | K | A | |
| 31. Franklin Bank CD | B | Interest | | | Matured | 10/27 | K | A | |
| 32. Harbor International Growth Stock Mutual Fund | | None | | | Sold | 07/01 | K | D | |
| 33. Intel, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 34. IShares TR Dow Jones Select Dividend Index Fund Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 17LAND, CLAY D. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virtus Real Estate Sec A | A | Dividend | J | T | Buy | 12/03 | J | | |
| 53. Walt Disney Co, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 54. Washington Mutual Bank 2.95% CD | A | Interest | M | T | Buy | 09/02 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Section VII - Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listings of cash equivalents and stocks in the Investments/Trusts section.

2. Section VII - Last year's report seperately listed lines 20 and 26. These lines have been combined for this year's report under line 50.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Japan Equity Fund Common Stock | A | Dividend | J | T | | | | | |
| 36. Lehman Brothers Bank CD | D | Interest | L | T | Matured (part) | 02/29 | M | A | |
| 37. MFS International New Discover Fund Class A | A | Dividend | J | T | Buy | 12/05 | J | | |
| 38. Microsoft Inc. Common Stock | A | Dividend | J | T | | | | | |
| 39. Mirant Inc-New- Common Stock | | None | J | T | | | | | |
| 40. Mirant Inc-New-Warrants Ser A | | None | J | T | | | | | |
| 41. Phoenix Real Estate Securities Class A Stock Mutual Fund | | None | | | Sold | 07/01 | J | A | |
| 42. Powershares QQQ Tr Ser 1 FKA NASDAQ 100 Shares Inc. Com Stk | A | Dividend | K | T | Buy (add'l) | 10/09 | J | | |
| 43. RS Global Natural Resources Stock Mutual Fund | A | Dividend | J | T | Partial Sale | 07/01 | J | A | |
| 44. Snow Capital Opportunity Class 1 | A | Dividend | K | T | Buy (add'l) | 09/02 | J | | |
| 45. Southern Company Common Stock | D | Dividend | M | T | Sold (part) | 07/01 | J | B | |
| 46. Suntrust Banks Common Stock | C | Dividend | K | T | Sold (part) | 12/30 | J | A | |
| 47. TCW Growth Equity Stock Mutual Fund | | None | J | T | Partial Sale | 07/01 | J | A | |
| 48. Thornburg International Value Fund Class I | A | Dividend | J | T | Buy | 12/05 | J | | |
| 49. Time Warner, Inc Common Stock | A | Dividend | J | T | | | | | |
| 50. UTS SPDR Trust Ser 1 Mutual Fund | B | Dividend | M | T | Buy (add'l) | 11/19 | M | | |
| 51. Victory Focused Growth Fund A | | None | J | T | Buy | 12/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

17Land, Clay D